**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ROBERT PARKER** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 18-1030-JWD-EWD** |
| | * | |
| **LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL.** | * * | **DISTRICT JUDGE deGRAVELLES** |
| | * | **MAG. JUDGE WILDER-DOOMES** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF APPEAL BY DEFENDANT JAMES LEBLANC**

**PLEASE TAKE NOTICE:**

Defendant Secretary James LeBlanc, who is now sued only "in his individual capacity," (Rec. Doc. 66, ¶16) hereby notifies this Honorable Court and all parties to this action that he is taking a collateral order appeal to the United States Fifth Circuit Court of Appeals from the Ruling and Order (Rec. Doc. 75), which denied his Motion to Dismiss based on qualified immunity (Rec. Doc. 67).

Respectfully Submitted on July 26, 2021,

**JEFF LANDRY
ATTORNEY GENERAL**

BY:  *s/Phyllis E. Glazer*
**PHYLLIS E. GLAZER (#29878)** (Lead Counsel)
**ASSISTANT ATTORNEY GENERAL**

**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North Third Street, 4th Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone:    225-326-6300
Facsimile:     225-326-6495
E-mail:         GlazerP@ag.louisiana.gov
*Attorney for Defendant James LeBlanc*