UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT PARKER,** | ) |
| Plaintiff, | ) **Civil Action** |
| v. | ) |
| | ) **NO. 18-1030-JWD-EWD** |
| **LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, *ET AL*.,** | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT,** comes undersigned counsel Stephen J. Haedicke, who respectfully files this Motion to Withdraw as counsel of record for the Plaintiff, Robert Parker. Undersigned counsel shows that the Plaintiff will continue to be represented by attorney Jonathan Rhodes.

Wherefore, attorney Stephen J. Haedicke asks to be withdrawn as counsel of record for the Plaintiff, Robert Parker.

Respectfully submitted,

/s/ Stephen J. Haedicke
**STEPHEN J. HAEDICKE** (Bar Roll No. 30537)
Law Offices of Stephen J. Haedicke, LLC
1040 Saint Ferdinand St.
New Orleans, LA  70117
(504)291-6990 Telephone
(504)291-6998 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2022 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ Stephen Haedicke

1